

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00391-CV

EX PARTE Q.T.

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. D213-E-12380-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On December 16, 2016, and on January 23, 2017, we notified Appellant that his brief did not comply with numerous requirements of Texas Rules of Appellate Procedure 38.1 and 9.5(a).  *See* Tex. R. App. P. 9.5(a), 38.1(a), (c), (h), (i), (k).  We stated that failure to file an amended brief by February 2, 2017, could result in the striking of Appellant's noncompliant brief or dismissal of this

---

[1]*See* Tex. R. App. P. 47.4.

appeal.  *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3.  Appellant failed to file an amended brief.

Accordingly, we strike Appellant's noncompliant brief filed on December 15, 2016, and we dismiss this appeal.  *See* Tex. R. App. P. 38.8(a), 42.3(b)–(c), 43.2(f).

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  March 9, 2017